IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CONNIE MOSS                                                                    PLAINTIFF

v.                             No. 5:13-cv-312-DPM

JACK MAY, individually and in his official
capacity as Mayor of the City of McGehee;
and LESLIE HORNADAY, individually
and in her official capacity                                          DEFENDANTS

ORDER

The 9 February 2015 trial is cancelled. The Court has an older case set for that date that needs to be tried first. The Final Scheduling Order is suspended. The Court will reschedule the trial, if necessary, after ruling on the pending motion for summary judgment.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 January 2015