IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CONNIE MOSS                                                              PLAINTIFF

v.                              No. 5:13-cv-312-DPM

JACK MAY, individually and in his official
capacity as Mayor of the City of McGehee;
and LESLIE HORNADAY, individually
and in her official capacity                                          DEFENDANTS

## JUDGMENT

1. Moss's claims against May and Hornaday under the Americans with Disabilities Act, the Family Medical Leave Act, the Rehabilitation Act, and 42 U.S.C. § 1983 are dismissed with prejudice.

2. Moss's claims against May and Hornaday for violating the Arkansas Civil Rights Act, and for the torts of defamation and false light invasion of privacy, are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 July 2015